UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ANTHONY RAY FORNEY | ) | |
| | ) | |
| v. | ) | NO. 2:05-CV-236 |
| | ) | |
| WOODRIDGE HOSPITAL and | ) | |
| JOHNSON CITY MEDICAL CENTER | ) | |

## O R D E R

In accordance with the accompanying memorandum and order, this *pro se* prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim and as time-barred and frivolous. *See* 28 U.S.C. § 1915(e)(2). In view of the reason for the dismissal, the Court **CERTIFIES** that any appeal taken from this order would not be taken in good faith and would itself be frivolous. 28 U.S.C. § 1915(a)(3).

**ENTER**:

*/s/ Thomas Gray Hull*
THOMAS GRAY HULL
SENIOR U. S. DISTRICT JUDGE